UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                               PLAINTIFF

VS.                                                     CRIMINAL ACTION NO. 3:16CR-140-RGJ

SERGIO BETANCOURT                                             DEFENDANT

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

This matter has been referred to the undersigned Magistrate Judge by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The appropriate wavier was executed by the defendant and filed in the record. The United States was represented by Joseph R. Ansari, Assistant United States Attorney. The hearing was recorded by April Dowell, Official Court Reporter.  The defendant, Sergio Betancourt by consent with Christie Moore, appointed counsel, appeared in open court on May 1, 2018, and entered pleas of guilty to Counts 1, 2, and 4 of the Indictment pursuant to a Rule 11(c)(1)(B) plea agreement. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary as to Counts 1, 2, and 4 of the Indictment and that the offenses charged were supported by an independent basis in fact concerning each of the essential elements of such offenses. Therefore, the undersigned recommends that the pleas of guilty be accepted, and that the defendant be adjudged guilty as to Counts 1, 2, and 4 in the Indictment and have sentence imposed accordingly.

**The defendant shall have fourteen (14) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 59(b)(2), or waive the opportunity to do so.**

Sentencing is scheduled for **July 23, 2018 at 2:00 p.m.** before the Honorable Rebecca Grady Jennings, United States District Judge.

**IT IS HEREBY ORDERED** that the defendant is remanded to the custody of the United States Marshals Service pending further order of the Court.

Copies to:
United States Attorney
Counsel for Defendant
United States Probation

20